The People of the State of New York, Respondent,
against
Marc Galvan, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Laurie Peterson, J.), rendered December 18, 2018, convicting him, upon his plea of guilty, of petit larceny, and sentencing him to three years' probation.




Per Curiam.
Judgment of conviction (Laurie Peterson, J.), rendered December 18, 2018, affirmed.
We are unpersuaded that the sentence imposed was unduly harsh or severe, and find no extraordinary circumstances warranting a reduction of the sentence in the interest of justice (see People v Fair, 33 AD3d 558 [2006], lv denied 8 NY3d 945 [2007]). Further, defendant was sentenced in accordance with his bargained for plea and should not now "be heard to complain that he received what he bargained for" (id. at 558, quoting People v Chambers, 123 AD2d 270 [1986]).
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.


Clerk of the Court
Decision Date: May 13, 2020